# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOSEPH MADRID,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. DE LA CRUZ and M. LOPEZ,<br><br>　　　　Defendants. | Case No. 1:18-cv-00947-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT<br><br>(ECF NO. 32) |

David Madrid ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On or about February 14, 2019,[1] Plaintiff filed a motion for entry of default. (ECF No. 32). Plaintiff asks that default be entered because the United States Marshals Service served the summons and complaint on Defendants on December 16, 2018, and more than twenty days have elapsed since Defendants were served. Thus, according to Plaintiff, Defendants have failed to answer or otherwise defend this suit.

On March 8, 2019, Defendants filed an opposition to Plaintiff's motion. (ECF No. 35). Defendants argue that default judgment is not a proper remedy because Defendants timely appeared and repeatedly expressed their intent to defend this action. Moreover, Plaintiff filed his motion for default eleven days before Defendants' responsive pleading was due.

---

[1] While no certificate of service is attached, Plaintiff dated the motion February 14, 2019.

1

Plaintiff's motion for entry of default will be denied. According to the signed waivers of service, Defendants' responsive pleading(s) were due "within 60 days after 12/26/18." (ECF No. 31). Thus, Defendants had until Monday, February 25, 2019, to file their responsive pleading(s). However, Plaintiff filed his motion on or about February 14, 2019. (ECF No. 32). Therefore, Plaintiff's motion was premature.

As Plaintiff filed his motion for entry of default before Defendants' responsive pleading(s) were due, IT IS ORDERED that Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated: **May 6, 2019**

/s/ Erin P. Grosjean

UNITED STATES MAGISTRATE JUDGE