UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOSEPH MADRID,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. DE LA CRUZ and M. LOPEZ,<br><br>　　　　Defendants. | Case No. 1:18-cv-00947-DAD-EPG (PC)<br><br>ORDER VACATING SCHEDULING CONFERENCE AND REQUIRING PLAINTIFF TO FILE A NOTICE WITH THE COURT<br><br>ORDER DIRECTING CLERK TO MAIL A COPY OF THIS ORDER TO: SHERIFF OF LOS ANGELES COUNTY, 211 WEST TEMPLE STREET, LOS ANGELES, CA 90012 |

　　　　David Madrid ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　A scheduling conference is currently set on October 28, 2019. The Court directed the Sheriff of Los Angeles County to make Plaintiff available by phone. (ECF No. 53). The Court has been informed that Plaintiff will be made available by phone, but that Plaintiff is required to pay to use the phone.

　　　　Given this information, the Court will vacate the scheduling conference, and will require Plaintiff to file a notice stating whether he has enough funds in his prisoner trust account to pay for a phone call, and if so, whether he wants to use his funds in such a manner. The notice shall also include either an estimate regarding how long Plaintiff will be housed in Los Angeles County Jail, or a statement that Plaintiff does not know how long he will be housed in Los Angeles

1

County Jail.

After receiving Plaintiff's notice, the Court will either reset the scheduling conference or issue a scheduling order without holding a scheduling conference. The Court notes that if Plaintiff is unable to participate telephonically in a scheduling conference, the Court may issue a Writ of Habeas Corpus Ad Testificandum to secure Plaintiff's attendance in person.

Accordingly, IT IS ORDERED that:

1. The scheduling conference currently set on October 28, 2019, is VACATED.
2. Plaintiff has two weeks from the date of service of this order to file a notice stating whether he has enough funds in his prisoner trust account to pay for a phone call, and if so, whether he wants to use his funds in such a manner. The notice shall also include either an estimate regarding the how long Plaintiff will be housed in Los Angeles County Jail, or a statement that Plaintiff does not know how long he will be housed in Los Angeles County Jail.
3. The Clerk of Court is directed to mail a copy of this order to: Sheriff of Los Angeles County, 211 West Temple Street, Los Angeles, CA 90012.

IT IS SO ORDERED.

Dated: **October 22, 2019**  /s/ Erwin P. Grosj

UNITED STATES MAGISTRATE JUDGE