UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOSEPH MADRID,<br><br>    Plaintiff,<br><br>    v.<br><br>A. DE LA CRUZ and M. LOPEZ,<br><br>    Defendants. | Case No. 1:18-cv-00947-DAD-EPG (PC)<br><br>ORDER DENYING MISCELLANEOUS REQUESTS<br><br>(ECF NOS. 66 & 67). |

David Madrid ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff is currently incarcerated in Los Angeles County Jail.

On March 23, 2020, Plaintiff filed a letter. (ECF No. 66). In the letter, Plaintiff states that he has paid for private counsel, and asks for a "continuance" so he can finish drafting several motions.

Plaintiff also filed what he titled a "MOTION TO REQUEST A 'SCHEDULING CONFERENCE'; REQUEST FOR DISCOVERY; PRO-BONO COUNSEL; AND OBJECTION(S) TO 'LIMITED DISCOVERY' BY COURT." (ECF No. 67). However, in the motion itself, Plaintiff only asks the Court to set a scheduling conference and for the "right" to answer Defendants' counsel by way of his retained counsel.

All of Plaintiff's requests will be denied. It is not clear what motions Plaintiff is currently drafting, but this case is currently stayed, except as to the issue of exhaustion. (ECF

No. 64).  Thus, it does not appear that Plaintiff needs a continuance.[1]  As to Plaintiff's request for a scheduling conference, it will be denied.  As mentioned above, this case is stayed except as to the issue of exhaustion.  There is no need for a scheduling conference at this time.  If necessary, once the issue of exhaustion has been resolved, the Court will schedule this case.

As to Plaintiff's request for the "right" to answer through counsel, Plaintiff does not need court approval for his attorney to make filings on his behalf.  Once Plaintiff's counsel appears,[2] it will be Plaintiff's counsel's responsibility to file motions and respond to motions on Plaintiff's behalf.

Accordingly, based on the foregoing, IT IS ORDERED that Plaintiff's requests are DENIED.

IT IS SO ORDERED.

Dated: __**March 25, 2020**__                    /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is required to provide Defendants with his initial disclosures (ECF No. 64, pgs. 2-3), but Plaintiff does not ask for an extension of this deadline.
[2] Plaintiff's counsel has not yet appeared in this case.