UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOSEPH MADRID,<br><br>       Plaintiff,<br><br>   v.<br><br>A. DE LA CRUZ and M. LOPEZ,<br><br>       Defendants. | Case No. 1:18-cv-00947-DAD-EPG (PC)<br><br>ORDER REQUIRING PLAINTIFF TO RESPOND TO MOTION FILED ON APRIL 16, 2020 (ECF NO. 69)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE<br><br>ORDER EXTENDING DEADLINE FOR DEFENDANTS TO FILE MOTION FOR SUMMARY JUDGMENT |

    David Madrid ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff is currently incarcerated in Los Angeles County Jail.

    On April 16, 2020, Defendants filed a motion to compel initial disclosures and discovery responses, deem requests for admission admitted, and modify scheduling order. (ECF No. 69). In the motion, Defendants allege that Plaintiff still has not provided them with his initial disclosures. Defendants also allege that Plaintiff has failed to respond to their discovery requests.

    The Court will give Plaintiff thirty days to respond to the motion. In his response, Plaintiff shall also show cause why this action should not be dismissed for failure to prosecute and failure to comply with court orders (the Court has already issued two orders requiring

1

Plaintiff to serve Defendants with his initial disclosures (ECF Nos. 46 & 64)).

Finally, given Defendants' allegations, the Court will extend the deadline for Defendants to file a motion for summary judgment for failure to exhaust available administrative remedies.

Accordingly, IT IS ORDERED THAT:

1. Plaintiff has thirty days from the date of service of this order to file his response to Defendants' motion (ECF No. 69) and to show cause why this action should not be dismissed for failure to comply with court orders and failure to prosecute; and
2. Defendants have until July 2, 2020, to file a motion for summary judgment for failure to exhaust available administrative remedies.[1]

IT IS SO ORDERED.

Dated: **April 17, 2020**　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] If necessary, Defendants may request a further extension of this deadline.