UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOSEPH MADRID,<br><br>Plaintiff,<br><br>v.<br><br>A. DE LA CRUZ and M. LOPEZ,<br><br>Defendants. | Case No. 1:18-cv-00947-DAD-EPG (PC)<br><br>ORDER GRANTING IN PART DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF NO. 76) |

David Madrid ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff is currently incarcerated in Los Angeles County Jail.

On June 24, 2020, Defendants filed a motion to modify the scheduling order. (ECF No. 76). Defendants argue that "[g]ood cause exists to modify the scheduling order. Madrid has not responded to any of Defendants' discovery requests, opposed the motion to compel his discovery responses, or responded to the Court's order to show cause. The officials intend to rely on Madrid's responses to support their dispositive motion. Thus, the Court should stay the July 2, 2020 deadline for administrative-exhaustion motions until Madrid has fully complied with his discovery obligations." (Id. at 5) (citations omitted).

The Court finds good cause to grant Defendants' motion. However, the Court will not stay the deadline "until Madrid has fully complied with his discovery obligations." Instead, the

1

Court will give Defendants sixty days from the date of service of the order on their motion to compel to file their motion for summary judgment, so that, if Defendants' motion to compel is granted, Defendants can file their motion with the benefit of responses to their discovery requests.[1]

Accordingly, IT IS ORDERED that Defendants have sixty days from the date of service of the order on their motion to compel to file their motion for summary judgment on the issue of exhaustion.

IT IS SO ORDERED.

Dated:   **June 25, 2020**                             /s/ Erica P. Grosjean
                                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] If the motion to compel is granted and Plaintiff fails to comply with the order, Defendants may file a motion for terminating sanctions.